UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODGERICK BOOTH,

      Plaintiff,

                                            Case No. 05-72905

v

                                            HON. ARTHUR J. TARNOW

RUO CARRIL and RUO KELLER, in their    MAG. JUDGMENT PAUL KOMIVES
individual capacities,

      Defendants.

_____/

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed the file, the Magistrate Judge's Report and Recommendation and Defendant's Objections. The Report and Recommendation of the Magistrate Judge IS HEREBY ACCEPTED.

IT IS HEREBY ORDERED that the Defendant's motion to revoke in forma pauperis status and dismiss without prejudice be DENIED.

                                            s/Arthur J. Tarnow
                                            Arthur J. Tarnow
                                            United States District Judge

Dated: January 29, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 29, 2007, by electronic and/or ordinary mail.

                                            s/Catherine A. Pickles
                                            Judicial Secretary