UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODGERICK BOOTH, *pro se*,

      Plaintiff,                    Case No. 05-72905

v.                                    DISTRICT JUDGE ARTHUR J. TARNOW

CAROL (CARRILL) LOLL, *et al.*,     MAG. JUDGE PAUL J. KOMIVES

      Defendants.

                                  /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DE 38], AND GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [DE 32 and 33]

There having been no objection to Magistrate Judge Komives' Report and Recommendation [DE 38] filed February 28, 2008, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Komives [DE 38] is ADOPTED.

IT IS FURTHER ORDERED that Defendant Keller's Motion for Summary Judgment [DE 32] is GRANTED, and Defendant Keller DISMISSED from the case.

IT IS FURTHER ORDERED that Defendant (Carrill) Loll's Motion for Summary Judgment [DE 33] as to Plaintiff's Fourteenth Amendment claim is GRANTED.

SO ORDERED.

                                      S/ARTHUR J. TARNOW
                                      Arthur J. Tarnow
                                      United States District Judge

Dated: March 27, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 27, 2008, by electronic and/or ordinary mail.

        S/THERESA E. TAYLOR
        Case Manager